NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEXICHEM AMANCO HOLDING S.A. DE C.V.,**
*Appellant*

v.

**HONEYWELL INTERNATIONAL INC.,**
*Appellee*

---

2016-2084, -2085

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,574 and 95/000,630.

---

**O R D E R**

The above captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified list is due no later than June 27, 2016.

2   MEXICHEM AMANCO HOLDING v. HONEYWELL INTERNATIONAL INC.

            For the Court

            <u>/s/ Peter R. Marksteiner</u>
            Peter R. Marksteiner
            Clerk of Court

s26